IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.                            Civil No. 04-5198
                              Crim. No. 03-50027-001

MARIA HILDA CRUZ                                            DEFENDANT/MOVANT

## MAGISTRATE'S REPORT AND RECOMMENDATION

Marie Hilda Cruz filed a motion under 28 U.S.C. § 2255 on August 10, 2004 (Doc. #24). Service was ordered and a response filed on September 29, 2004 (Doc. #26). A hearing is scheduled for December 6, 2005, at 1:00 p.m., in Fayetteville, Arkansas. On November 18, 2005, appointed counsel for Cruz filed a motion (Doc. #46) requesting dismissal of this action at movant's request. We have telephonically verified that respondent has no objection to dismissal.

We recommend movant's request to dismiss be granted. **The parties have ten days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained. Failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be timely and specific to trigger *de novo* review by the district court.**

DATED this 22nd day of November 2005.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

```
MIME-Version:1.0
From:NEF@arwd.uscourts.gov
To:NEF@arwd.uscourts.gov
```
```
Message-Id:<28974@arwd.uscourts.gov>
Subject:Activity in Case 5:03-cr-50027-JLH-BSJ USA v. Cruz "Report and Recommendatio
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U. S. District Court

### Western District of Arkansas

Notice of Electronic Filing

The following transaction was received from tg, entered on 11/22/2005 at 2:24 PM CST and filed on 11/22/2005

**Case Name:** USA v. Cruz
**Case Number:** 5:03-cr-50027
**Filer:**
**Document Number:** 47

**Docket Text:**
REPORT AND RECOMMENDATIONS recommending movant's request to dismiss be granted re [46] MOTION to Withdraw Document *2255 Petition. Objections to R&R due by 12/12/2005. Signed by Judge Beverly Stites Jones on November 22, 2005. (tg)*

*The following document(s) are associated with this transaction:*

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
*[STAMP dcecfStamp_ID=1094675213 [Date=11/22/2005] [FileNumber=28972-0]*
*[8f5d55652643ec7006d71099108377195acd53b81371bbf602d19e6bc686b7961ed0*
*96b2f524f9c13a849572aa3cfac09815d0d9707b29005e628d025fb5fa45]]*

**5:03-cr-50027-1 *Notice will be electronically mailed to:***

*Dale L. Casto*     dcasto@prodigy.net,

*William Martin Cromwell*     Bill.Cromwell@usdoj.gov, Janie.Slader@usdoj.gov

*James B. Pierce*     james_pierce@fd.org, melissa_tessaro@fd.org

*Mark W. Webb*     mark.webb@usdoj.gov, cindy.mckean@usdoj.gov;carlene.j.thorman@usdoj.gov

**5:03-cr-50027-1 *Notice will be delivered by other means to:***

*Maria Hilda Cruz*
*#6384-010*
*FCI-Dublin*
*Camp Parks*
*5701 8th Street*
*Dublin, CA 94568*