IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA            PLAINTIFF / RESPONDENT

v.         Civil No. 04-5198
          Criminal No. 03-50027-001

MARIA HILDA CRUZ                       DEFENDANT / MOVANT

### ORDER

NOW on this 23d day of December 2005, comes on for consideration the Magistrate Judge's Report and Recommendation (document #47), filed on November 22, 2005, and the Court, being well and sufficiently advised that there has been no objection, finds that the Report and Recommendation should be, and it hereby is, **adopted *in toto***.

**IT IS THEREFORE ORDERED** that, for the reasons set forth therein, the **Magistrate Judge's Report And Recommendation** is **adopted *in toto***. Accordingly, movant's motion (document #46) requesting dismissal is granted and this case is **dismissed**.

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE

```
MIME-Version:1.0
From:NEF@arwd.uscourts.gov
To:NEF@arwd.uscourts.gov
```
```
Message-Id:<37288@arwd.uscourts.gov>
Subject:Activity in Case 5:03-cr-50027-JLH-BSJ USA v. Cruz "Order Adopting Report an
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

## U. S. District Court

## Western District of Arkansas

Notice of Electronic Filing

The following transaction was received from ct, entered on 12/23/2005 at 2:23 PM CST and filed on 12/23/2005

**Case Name:**       USA v. Cruz
**Case Number:**    5:03-cr-50027
**Filer:**
**Document Number:** 50

**Docket Text:**
ORDER ADOPTING REPORT AND RECOMMENDATIONS as to Maria Hilda Cruz [47] adopting Report and Recommendations, [46] granting Motion to Withdraw Document filed by Maria Hilda Cruz and dismissing case . Signed by Judge Jimm Larry Hendren on 12/23/05. (ct)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1094675213 [Date=12/23/2005] [FileNumber=37286-0]
[5178262d31ba0f37275bf424827def6ca924cbb319b05572472361399825 47d89126
0722336d21975ea2b7184dc58c45a78d2e9c7fc7d7fd75cde27de7d66b22]]

**5:03-cr-50027-1 Notice will be electronically mailed to:**

Dale L. Casto     dcasto@prodigy.net,

William Martin Cromwell    Bill.Cromwell@usdoj.gov, Janie.Slader@usdoj.gov

James B. Pierce    james_pierce@fd.org, melissa_tessaro@fd.org

Mark W. Webb    mark.webb@usdoj.gov, cindy.mckean@usdoj.gov;carlene.j.thorman@usdoj.gov

**5:03-cr-50027-1 Notice will be delivered by other means to:**

Maria Hilda Cruz
#6384-010
FCI-Dublin
Camp Parks
5701 8th Street
Dublin, CA 94568